DAVID B. GOLUBCHIK (State Bar No. 185520)
JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email: DBG@LNBYB.com; JSK@LNBYB.COM

Attorneys for Debtor and
Debtor in Possession

**FILED & ENTERED**

**MAR 30 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY penning   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:15-bk-10691-TD |
| GOLD RIVER VALLEY, LLC, | Chapter 11 Case |
| Debtor and Debtor in Possession. | **ORDER GRANTING APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY KELLER WILLIAMS SANTA MONICA/ PACIFIC PALISADES AS REAL ESTATE BROKER PURSUANT TO 11 U.S.C. §§ 327(a) AND 328**<br><br>[No Hearing Required] |

1

This Court having considered the application (the "Application") filed by Gold River Valley, LLC (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, for authority to employ Keller Williams Santa Monica/ Pacific Palisades ("Keller Williams") as real estate broker, effective as of February 16, 2015, proper notice of the Application having been provided in accordance with Local Rule 2014-1(b)(2), having received no objection to the Application, having found that Keller Williams does not hold or represent any interest adverse to the Debtor or the Debtor's estate, that Keller Williams is "disinterested" as that term is defined in 11 U.S.C. § 101(14) and that Keller Williams's employment is in the best interests of the Debtor's estate, and other good cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

A.    The Application is approved; and

B.    The Debtor's employment of Keller Williams as its real estate broker is approved upon the terms and conditions set forth in the Application, with such employment to be effective as of February 16, 2015.

IT IS SO ORDERED.

### 

Date: March 30, 2015

Thomas B. Donovan
United States Bankruptcy Judge

2