1 | **SEYFARTH SHAW LLP**
Eric R. McDonough (SBN 193956)
2 | emcdonough@seyfarth.com
Daniel R. Sable (SBN 245171)
3 | dsable@seyfarth.com
333 S. Hope Street, Suite 3900
4 | Los Angeles, California 90071
Telephone:    (213) 270-9600
5 |
**SEYFARTH SHAW LLP**
6 | Marianne M. Dickson (SBN 249737)
mdickson@seyfarth.com
7 | 560 Mission Street, Suite 3100
San Francisco, California 94105
8 | Telephone:    (415) 397-2823

9 | Attorneys for Creditors
Lana and Elaine Tsang
10 |

11 | UNITED STATES BANKRUPTCY COURT

12 | CENTRAL DISTRICT OF CALIFORNIA

13 | LOS ANGELES DIVISION

14 | In re                                              ) Case No. 15-10691-TD
                                                        )
15 | GOLD RIVER VALLEY, LLC,                             ) Chapter 11
                                                        )
16 |           Debtor.                                  ) **NOTICE OF WITHDRAWAL OF**
                                                        ) **MOTION TO APPOINT CHAPTER 11**
17 |                                                    ) **TRUSTEE PURSUANT TO 11 U.S.C.**
                                                        ) **§ 1104**
18 |                                                    )
                                                        ) Date:  June 3, 2015
19 |                                                    ) Time:  2:00 p.m.
                                                        ) Place: Honorable Thomas B. Donovan
20 |                                                    )        Courtroom 1345
                                                        )
21 |                                                    )
                                                        )
22 |                                                    )
                                                        )
23 |                                                    )
                                                        )
24 |                                                    )
                                                        )
25 |                                                    )

26 | ///

27 | ///

28 | ///

1

**NOTICE OF WITHDRAWAL OF MOTION**                                    Case No. 15-10691-TD

1    Creditors Lana Tsang and Elaine Tsang, together, hereby jointly withdraw, without

2  prejudice, their *Motion to Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104* (Docket

3  No. 9) in the above-captioned case.

4

5

6

7  DATED:  May 27, 2015                              SEYFARTH SHAW LLP

8

9                                                    By: _/s/ Marianne M. Dickson_
                                                          Marianne M. Dickson

10                                                   Attorneys for Creditors
                                                     LANA AND ELAINE TSANG

11

12  19968074v.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**NOTICE OF WITHDRAWAL OF MOTION**                                Case No. 15-10691-TD

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
560 Mission Street, Suite 3100, San Francisco, CA  94105

A true and correct copy of the foregoing document entitled (*specify*): _____
**NOTICE OF WITHDRAWAL OF MOTION TO APPOINT CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 1104**
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 27, 2015_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Simon Aron**    saron@wrslawyers.com
- **Marianne M Dickson**    MDickson@seyfarth.com, shobrien@seyfarth.com
- **David B Golubchik**    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- **Elsa M Horowitz**    ehorowitz@wrslawyers.com
- **Jeffrey S Kwong**    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- **Queenie K Ng**    queenie.k.ng@usdoj.gov, dare.law@usdoj.gov
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 27, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Please see service list attached hereto.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 28, 2015_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Hon. Thomas B. Donovan, United States Bankruptcy Court, 255 E. Temple Street, Suite 1352 / Courtroom 1345
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 27, 2015 | Shari O'Brien | /s/ Shari O'Brien |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**Mailing List
Case No. 15-10691-TD**

| | |
|---|---|
| **Gold River Valley, LLC**<br>3218 E. Holt Avenue #210<br>West Covina, CA 91791<br>Debtor | **Charles Dunn Real Estate Services**<br>800 West 6th Street, Suite 600<br>Los Angeles, CA 90017<br>Creditor |
| **City of Pasadena Water & Power**<br>150 South Los Robles Avenue #200<br>Pasadena, CA 91101<br>Creditor | **Franchise Tax Board**<br>Special Procedures<br>POB 2952<br>Sacramento, CA 95812-2952<br>Creditor |
| **Lone Oak Fund**<br>11611 San Vicente Blvd<br>Suite 640<br>Los Angeles, CA 90049<br>Creditor | **Lone Oak Fund, LLC**<br>c/o WRSSR<br>11400 West Olympic Blvd., 9th Floor<br>Los Angeles, CA  90064-1582<br>Creditor |
| **Internal Revenue Service**<br>Insolvency I Stop 5022<br>300 N. Los Angeles St., #4062<br>Los Angeles, CA 90012-9903<br>Creditor | **Internal Revenue Service**<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346<br>Creditor |
| **Kevin Singer, Receiver**<br>11400 W. Olympic Bl., Suite 200<br>Los Angeles, CA 90064<br>Creditor | **Los Angeles Tax Collectors Office**<br>225 North Hill Street<br>Los Angeles, CA 90012<br>Creditor |
| **Los Angeles Treasurer and Tax Collectors Office**<br>P.O. Box 54110<br>Los Angeles, CA 90054-0110<br>Creditor | **Office of the U.S. Trustee**<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA 90017 |
| **Quezada Landscaping**<br>1322 W Bainbridge Ave<br>West Covina, CA 91790-4703<br>Creditor | **Receivership Specialist**<br>11150 W. Olympic Blvd. Suite 810<br>Los Angeles, CA 90064<br>Creditor |
| **Sunshine Valley, LLC**<br>3218 E. Holt Avenue<br>West Covina, CA 91791<br>Creditor | **Waste Management**<br>9081 Tujunga Avenue<br>Sun Valley, CA 91352<br>Creditor |

2

| **David B. Golubchik**<br>Levene Neale Bender Rankin & Brill LLP<br>10250 Constellation Blvd. Ste. 1700<br>Los Angeles, CA  90067-6253 | **Jeffrey S. Kwong**<br>Levene Neale Bender Yoo & Brill LLP<br>10250 Constellation Blvd. Ste. 1700<br>Los Angeles, CA  90067-6253 |
|---|---|

18897370v.1