SIMON ARON (State Bar No. 108183)
saron@wrslawyers.com
ELSA HOROWITZ (State Bar No. 195689)
ehorowitz@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:   (310) 478-4100
Facsimile:    (310) 479-1422

Attorneys for Secured Creditor Lone Oak Fund, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GOLD RIVER VALLEY, LLC,<br><br>Debtor. | Case No.  2:15-bk-10691-TD<br><br>Chapter 11<br><br>Filed 1/16/15<br><br>*AMENDED* **NOTICE OF MOTION FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 1104**<br><br>**Judge:  Hon. Thomas B. Donovan**<br>**Date:    November 16, 2015**<br>**Time:    2:00 p.m.**<br>**Crtrm:  1345**<br>**          255 E. Temple Street**<br>**          Los Angeles, CA 90012** |

**TO THE HONORABLE THOMAS B. DONOVAN, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; SECURED CREDITORS; AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that Lone Oak Fund, LLC ("**Lone Oak**"), a creditor in the above-captioned chapter 11 bankruptcy case, hereby files this notice (the "**Notice**") of

1 motion for the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. §1104 (the
2 "**Motion**") for entry of an Order pursuant to section 1104(a) of Chapter 11 of Title 11 of
3 the United States Code, 11 U.S.C. §§ 101-1330 (the "**Code**") and Rule 2007.1 of the
4 Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") to appoint a Chapter 11
5 Trustee in the above-captioned bankruptcy case of Gold River Valley, LLC (the
6 "**Debtor**").  The Emergency Motion which is for the Appointment of a Chapter 11 Trustee
7 (the "**Emergency Motion**") attached hereto as **Exhibit "1"**, will be filed herewith.

8  **PLEASE TAKE FURTHER NOTICE** that this Motion is based upon this Notice,
9 the Emergency Motion and its accompanying Memorandum of Points and Authorities, the
10 request for judicial notice, declarations in support thereof, and on the pleadings and other
11 papers on file in this Chapter 11 case of which this Court is requested to take judicial
12 notice; and on such other and further oral and/or documentary evidence and argument as
13 may be presented at or before the hearing on this Motion.

14  **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9013-1(f), any
15 opposition to this Motion must be filed with the Clerk of the United States Bankruptcy
16 Court and be served upon counsel for creditor Lone Oak Fund, LLC at the address located
17 in the upper left-hand corner of the first page of this Notice by no later than fourteen (14)
18 days prior to the hearing on this Motion.
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

2111713.1                                          -2-

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9013-1(h), the failure to file and serve a timely response to this Motion may be deemed by the Court to be consent to the granting of the relief request in this Motion.

DATED: October 27, 2015

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP

By: _____
ELSA HOROWITZ
Attorneys for Secured Creditor Lone Oak Fund, LLC

2111713.1

-3-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11400 West Olympic Blvd., 9th Floor, Los Angeles, California 90064

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED NOTICE OF MOTION FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 1104**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 27, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
   - Simon Aron    saron@wrslawyers.com
   - Marianne M Dickson    MDickson@seyfarth.com, shobrien@seyfarth.com
   - David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
   - Elsa M Horowitz    ehorowitz@wrslawyers.com, aparisi@wrslawyers.com
   - Jeffrey S Kwong    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
   - Queenie K Ng    queenie.k.ng@usdoj.gov, Melanie.green@usdoj.gov;dare.law@usdoj.gov;ron.maroko@usdoj.gov
   - United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/27/2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA MESSENGER**
Hon. Thomas B. Donovan
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1352/ Courtroom 1345
Los Angeles, CA 90012

**VIA OVERNIGHT MAIL**
Gold River Valley, LLC, Debtor
3218 E. Holt Avenue #210
West Covina, CA 91791

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/27/2015 | Elsa M. Horowitz |  | /s/ Elsa M. Horowitz |
|---|---|---|---|
| *Date* | *Printed Name* |  | *Signature* |

2113893.1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE