DAVID B. GOLUBCHIK (State Bar No. 185520)
JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYB.com; JSK@LNBYB.COM

Attorneys for Debtor and
Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | ) Case No.: 2:15-bk-10691-TD |
| | ) |
| GOLD RIVER VALLEY, LLC, | ) |
| | ) Chapter 11 Case |
| Debtor and Debtor in Possession. | ) |
| | ) |
| | ) **STATUS REPORT RE: CLOSING OF** |
| | ) **SALE** |
| | ) |
| | ) Hearing: |
| | ) Date: November 18, 2015 |
| | ) Time: 11:00 a.m. |
| | ) Place: Courtroom 1345 |
| | )        255 E. Temple Street |
| | )        Los Angeles, CA 90012 |

1

**TO THE HONORABLE THOMAS B. DONOVAN, UNITED STATES BANKRUPTCY JUDGE:**

Gold River Valley, LLC (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, hereby submits its *Status Report Re: Closing Of Sale* (the "Status Report"), as follows:

**A.    The November 4, 2015 Hearings.**

1. On October 27, 2015, based in-part on Benjamin Kirk's ("Kirk's") alleged delay in executing certain escrow documents for the sale of real property located at 650-652 S. Lake Avenue, Pasadena, California 91106 (the "Property"), Lone Oak filed a motion requesting that the Court appoint a Chapter 11 trustee (the "Trustee Motion").

2. The Court held a hearing on the Trustee Motion on November 4, 2015 at 11:00 a.m. (the "Trustee Hearing"). At or shortly before the Trustee Hearing, Debtor's counsel was notified by Kirk that he would execute all of the documents necessary for closing on that same day. Debtor's counsel informed the Court of Kirk's representation, and the Court continued the Trustee Hearing to November 4, 2015 at 3:30 p.m. (the "Continued Trustee Hearing").

3. Before the Continued Trustee Hearing, escrow sent an email to Debtor's counsel informing him that Kirk had signed, notarized, and delivered all of the documents necessary for escrow to close.

4. The Debtor's counsel promptly notified the Court at the Continued Trustee Hearing, and the Court continued the hearing on the Trustee Motion to November 18, 2015 at 11:00 a.m. At the Continued Trustee Hearing, the Court also ordered Debtor's counsel to file a status report regarding the status of closing by November 16, 2015.

**B.    Kirk's Execution Of All Documents Necessary For Closing.**

As previously indicated at the Continued Trustee Hearing, on or around November 4, 2015, Kirk had executed all of the outstanding documents necessary for escrow to close. The assertion made by Ms. Horowitz in her declaration in support of the *Reply to Debtor's Opposition To Emergency Motion For The Appointment Of A Chapter 11 Trustee Pursuant To 11 U.S.C. § 1104*

[Doc. No. 190] (the "Horowitz Declaration") that "escrow had **not** yet received Mr. Kirk's signature of approval on Lone Oak's revised escrow demand" is incomplete and incorrect. *See* (Doc. No. 190, ¶ 4). Escrow did not provide Lone Oak's revised payoff demand dated November 5, 2015 (the "Revised Payoff Demand") to the Debtor until the morning of November 16, 2015, which had been previously signed by Kirk on page 3. A true and correct copy of the Revised Payoff Demand sent to the Debtor from escrow on November 16, 2015 is attached as **Exhibit "1"** hereto. Once the Debtor received the Revised Payoff Demand from escrow, Kirk also signed the "read and approved" portions of pages 1 and 2 of the Revised Payoff Demand, and sent the fully executed Revised Payoff Demand (the "Fully Executed Revised Payoff Demand") back to escrow. A true and correct copy of the Fully Executed Revised Payoff Demand is attached as **Exhibit "2"** hereto.

As of the filing of this Status Report, Kirk has performed all of his duties and executed all of the necessary documents required of him for escrow to close.

**C.    Escrow Is Expected To Close Within Two (2) Weeks, After The Buyer Renews Its Financing Commitment.**

Since the Continued Trustee Hearing, escrow has not yet closed because the financing commitment procured by Lake BD Investments, LLC (the "Buyer") expired, and the Buyer is currently securing a renewal of such financing commitment. Although the financing commitment expired, the Buyer had been speaking with the lender, which is based in Taiwan, and has been assured that the financing is still available and will be approved. Because of such discussions, the Debtor and Buyer expect that escrow will be closed within two (2) weeks. Other than re-opening the financing commitment from the Buyer's lender, nothing else is necessary to close the sale.

///

///

3

| | | |
|---|---|---|
| 1 | Dated: November 16, 2015 | GOLD RIVER VALLEY, LLC |
| 2 | | |
| 3 | | By:   */s/ Jeffrey S. Kwong* |
| | |      DAVID B. GOLUBCHIK |
| 4 | |      JEFFREY S. KWONG |
| | |      LEVENE, NEALE, BENDER, YOO |
| 5 | |      & BRILL, L.L.P. |
| | |      Attorneys for Chapter 11 Debtor |
| 6 | |      and Debtor in Possession |

## DECLARATION OF BENJAMIN KIRK

I, Benjamin Kirk, hereby declare as follows:

1. Unless otherwise set forth herein, I have personal knowledge of the facts set forth herein and, if called to testify, would and could competently testify thereto.

2. I am the managing member of Sunshine Valley, LLC, who has a 100% ownership interest in Gold River Valley, LLC (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case. I also manage the operations of the Debtor.

3. I make this declaration in support of the *Status Report Re: Closing Of Sale* (the "Status Report"). All capitalized terms not specifically defined herein shall have the meanings ascribed to them in the Opposition.

4. To the best of my knowledge, information and belief, all of the information contained in the Status Report is truthful and accurate.

5. On or around November 4, 2015, I informed Debtor's counsel that I would sign, notarize, and deliver to escrow all documents necessary for the sale of the Property to close. On that same day, I signed, notarized, and delivered to escrow all documents necessary for the sale of the Property to close.

6. Escrow did not provide Lone Oak's revised payoff demand (the "Revised Payoff Demand") to me until the morning of November 16, 2015, which had been previously signed by me on page 3. A true and correct copy of the Revised Payoff Demand sent to me from escrow on November 16, 2015 is attached as **Exhibit "1"** hereto.

7. Once I received the Revised Payoff Demand from escrow, I also signed the "read and approved" portions of pages 1 and 2 of the Revised Payoff Demand, and sent the fully executed Revised Payoff Demand (the "Fully Executed Revised Payoff Demand") back to escrow. A true and correct copy of the Fully Executed Revised Payoff Demand is attached as **Exhibit "2"** hereto.

8. As of the filing of this Status Report, I believe that I have performed all of my

5

duties and executed all of the necessary documents required for escrow to close.

I declare and verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 16th day of November 2015, at West Covina, California.

BENJAMIN KIRK

## DECLARATION OF DING GANG

I, Ding Gang, hereby declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2. I am the representative of Lake BD Investments LLC, the buyer, to purchase the real property in Pasadena from Gold River Valley, LLC.

3. Buyer had a financing commitment that required a closing by October 31, 2015, which could not occur due to the litigation in court. Although the financing commitment expired, I have been speaking with the lender, which is based on Taiwan, and have been assured that the financing is still available and will be approved. Based on my discussion with the lender, I expect escrow to close within two (2) weeks.

4. Other than re-opening the financing commitment from my lender, nothing else is necessary to close the sale.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 16th day of November 2015, at Arcadia, California.

_____, AS HIS ATTORNEY IN FACT.
DING GANG

2

# EXHIBIT "1"

# [Revised Payoff Demand]

11811 SAN VICENTE BOULEVARD    TELEPHONE 310 828 2858
SUITE 640    FAX 310 820 9145
LOS ANGELES, CA 90049    WWW.LONEOAKFUND.COM



**LONE OAK FUND**
CALIFORNIA'S BRIDGE LENDER

Loan #: Gold River Valley

November 5, 2015

## FIFTH REVISED DEMAND FOR PAYOFF

TO:    NORTH AMERICAN TITLE    VIA EMAIL TO:
2100 S. E. Main Street, Suite 450    *randydeanteam@nat.com*
Irvine, California 92614    Phone: 949-419-9481
Attn: Randy Dean, Title Officer
Order No. 1153736

CENTRAL ESCROW, INC.    VIA EMAIL TO:
515 W. Garvey Avenue    *beatrice@centralescrow.com*
Monterey Park, California 91754    Phone: 626-280-1700
Attn: Beatrice Wang, Escrow Officer
Order No. 125781-SS/BW

Upon closing, you are instructed to WIRE our proceeds as follows:

**Lone Oak's Reference / Loan #: Gold River *(must appear on wire)***

Wells Fargo Bank, N.A.
420 Montgomery
San Francisco, CA 94104
ABA No. 121000248
For credit to:
Lone Oak Fund, LLC
Account No. 4358672475

*Please note that unless your wire is credited to our account by 1:30 pm Pacific Time, Borrower's interest obligation will continue until the next business day.*

PROPERTY ADDRESSES: 650 & 652 S. LAKE AVENUE, PASADENA, CA

The following document will be provided to the title company prior to closing:

> SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE of Deed of Trust with Absolute Assignment of Leases and Rents, executed by GOLD RIVER VALLEY, LLC a California limited liability company, dated September 16, 2011 and recorded September 21, 2011 as Instrument No. 20111281776 in Official Records of Los Angeles County, California.

READ AND APPROVED:

Loan #: Gold River Valley

AND

WITHDRAW OF PENDENCY OF ACTION, executed by WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP, recorded July 22, 2014 as Instrument No. 20140757520 in Official Records of Los Angeles County, California.

\*\*There is litigation pending in the Los Angeles Superior Court related to this property entitled *Lone Oak Fund, LLC v. Gold River Valley, LLC et al.* (Case No. BC 552238). Once payment is received in the amount listed below, Lone Oak will need to conclude said litigation including the termination of the receivership currently in place, which fees and costs borrower remains liable for and which fees and costs have been included in the estimate below. After all litigation has been completed, and all fees and costs actually incurred have been properly accounted for, any remaining funds due and owing will remain the liability of borrower. To the extent that there are any surplus fees, said funds will be refunded to the borrower.\*\*

You will be authorized and instructed to use said document **on or before November 25, 2015** when you hold for our account the following:

| | |
|---:|---|
| $3,750,000.00 | Principal Balance |
| 1,040,445.00 | Unpaid Interest at Note Rate |
| 37,500.00 | Deferred Forbearance Fee through 4/30/14 |
| 207,436.48 | Estimated Legal Fees and Costs (Wolf, Rifkin) |
| 48,672.00 | Estimated Legal Fees and Costs (BuchalterNemer) |
| 8,131.78 | Interest at Note Rate on Loan Payment Advances for Legal Fees and Costs |
| 25,000.00 | Estimated Receiver Fees and Costs |
| 4,574.00 | Title Insurance Fees and Costs to North American Title |
| 26,356.51 | Estimated Foreclosure Fees and Costs (and $3,800 TSG Fee) |
| 159.28 | Misc. Fees and Costs (FedEx, etc.) |
| 110.00 | Closing Fees (Beneficiary Statement, Reconveyance and Wire Fee) |
| **$5,148,385.05** | Total Due 10/31/2015, Plus Daily Interest per the Paragraphs Below |

Interest on the sum of $3,750,000.00 at the rate of 9.30% per annum, calculated on the basis of 360 days per year and actual days elapsed, from and including November 1, 2015 up to and including the date of issuance of your wire, at the rate of $968.75 per day.

Interest on advances in the sum of $124,914.00 at the rate of 9.30% per annum, calculated on the basis of 360 days per year and actual days elapsed, from and including November 1, 2015 up to and including the date of issuance of your wire, at the rate of $32.2696 per day.

Please include in your charges to Borrower any fees you require in order to have the Substitution of Trustee and Full Reconveyance and Withdraw of Pendency of Action recorded by title after closing.

READ AND APPROVED:

_____

2079679.1

Loan #: Gold River Valley

Pursuant to the Order Conditionally Confirming Debtor's Chapter 11 Plan [Doc. No. 84], all of Lone Oak's objections to the Plan (as described therein) and its rights, allegations, claims and contractual rights are expressly reserved and neither this Demand for Payoff, nor the closing of escrow and payment pursuant to this Demand for Payoff constitutes or would be deemed to constitute a waiver, release, alteration or relinquishment of any of these reserved matters, including, without limitation. Lone Oak's rights and claims to interest on the principal sum of $3,750,000.00 at the rate of 24.00% per annum, calculated on the basis of 360 days per year and actual days elapsed, from and after November 1, 2012, through and including November 1, 2015, and up to and including the date of issuance of your wire, at the rate of $2,500.00 per day.

Should you have any questions regarding this, please feel free to call the undersigned.

Thank you for your kind attention in this matter.

                                    LONE OAK FUND, LLC, a
                                    California limited liability company

                                    By: LONE OAK INDUSTRIES INC., a
                                    California corporation, Manager

                                    By: _____
                                    James A. Rothstein, President

203673.1

# EXHIBIT "2"

# [Fully Executed Revised Payoff Demand]

11011 SAN VICENTE BOULEVARD   TELEPHONE 310 826 2050
SUITE 640                     FAX 310 820 9145
LOS ANGELES, CA 90049         WWW.LONEOAKFUND.COM



LONE OAK FUND
CALIFORNIA'S BRIDGE LENDER℠

Loan #: Gold River Valley

November 5, 2015

## FIFTH REVISED DEMAND FOR PAYOFF

TO:   NORTH AMERICAN TITLE                    VIA EMAIL TO:
      2100 S. E. Main Street, Suite 450       *randydeanteam@nat.com*
      Irvine, California 92614                Phone: 949-419-9481
      Attn: Randy Dean, Title Officer
      Order No. 1153736

      CENTRAL ESCROW, INC.                    VIA EMAIL TO:
      515 W. Garvey Avenue                    *beatrice@centralescrow.com*
      Monterey Park, California 91754         Phone: 626-280-1700
      Attn: Beatrice Wang, Escrow Officer
      Order No. 125781-SS/BW

Upon closing, you are instructed to WIRE our proceeds as follows:

**Lone Oak's Reference / Loan #: Gold River *(must appear on wire)***

   Wells Fargo Bank, N.A.
   420 Montgomery
   San Francisco, CA 94104
   ABA No. 121000248
   For credit to:
   Lone Oak Fund, LLC
   Account No. 4358672475

*Please note that unless your wire is credited to our account by 1:30 pm Pacific Time, Borrower's interest obligation will continue until the next business day.*

PROPERTY ADDRESSES: 650 & 652 S. LAKE AVENUE, PASADENA, CA

The following document will be provided to the title company prior to closing:

   SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE of Deed of Trust with Absolute Assignment of Leases and Rents, executed by GOLD RIVER VALLEY, LLC a California limited liability company, dated September 16, 2011 and recorded September 21, 2011 as Instrument No. 20111281776 in Official Records of Los Angeles County, California.



Loan #: Gold River Valley

AND

WITHDRAW OF PENDENCY OF ACTION, executed by WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP, recorded July 22, 2014 as Instrument No. 20140757520 in Official Records of Los Angeles County, California.

**There is litigation pending in the Los Angeles Superior Court related to this property entitled *Lone Oak Fund, LLC v. Gold River Valley, LLC et al.* (Case No. BC 552238). Once payment is received in the amount listed below, Lone Oak will need to conclude said litigation including the termination of the receivership currently in place, which fees and costs borrower remains liable for and which fees and costs have been included in the estimate below. After all litigation has been completed, and all fees and costs actually incurred have been properly accounted for, any remaining funds due and owing will remain the liability of borrower. To the extent that there are any surplus fees, said funds will be refunded to the borrower.**

You will be authorized and instructed to use said document on or before November 25, 2015 when you hold for our account the following:

```
 $3,750,000.00   Principal Balance
  1,040,445.00   Unpaid Interest at Note Rate
     37,500.00   Deferred Forbearance Fee through 4/30/14
    207,436.48   Estimated Legal Fees and Costs (Wolf, Rifkin)
     48,672.00   Estimated Legal Fees and Costs (BuchalterNemer)
      8,131.78   Interest at Note Rate on Loan Payment Advances for Legal Fees and Costs
     25,000.00   Estimated Receiver Fees and Costs
      4,574.00   Title Insurance Fees and Costs to North American Title
     26,356.51   Estimated Foreclosure Fees and Costs (and $3,800 TSG Fee)
        159.28   Misc. Fees and Costs (FedEx, etc.)
        110.00   Closing Fees (Beneficiary Statement, Reconveyance and Wire Fee)
 $5,148,385.05   Total Due 10/31/2015, Plus Daily Interest per the Paragraphs Below
```

Interest on the sum of $3,750,000.00 at the rate of 9.30% per annum, calculated on the basis of 360 days per year and actual days elapsed, from and including November 1, 2015 up to and including the date of issuance of your wire, at the rate of $968.75 per day.

Interest on advances in the sum of $124,914.00 at the rate of 9.30% per annum, calculated on the basis of 360 days per year and actual days elapsed, from and including November 1, 2015 up to and including the date of issuance of your wire, at the rate of $32.2696 per day.

Please include in your charges to Borrower any fees you require in order to have the Substitution of Trustee and Full Reconveyance and Withdraw of Pendency of Action recorded by title after closing.



2079679.1

**Loan #: Gold River Valley**

Pursuant to the Order Conditionally Confirming Debtor's Chapter 11 Plan [Doc. No. 84], all of Lone Oak's objections to the Plan (as described therein) and its rights, allegations, claims and contractual rights are expressly reserved and neither this Demand for Payoff, nor the closing of escrow and payment pursuant to this Demand for Payoff constitutes or would be deemed to constitute a waiver, release, alteration or relinquishment of any of these reserved matters, including, without limitation. Lone Oak's rights and claims to interest on the principal sum of $3,750,000.00 at the rate of 24.00% per annum, calculated on the basis of 360 days per year and actual days elapsed, from and after November 1, 2012, through and including November 1, 2015, and up to and including the date of issuance of your wire, at the rate of $2,500.00 per day.

Should you have any questions regarding this, please feel free to call the undersigned.

Thank you for your kind attention in this matter.

                                        LONE OAK FUND, LLC, a
                                        California limited liability company

                                        By: LONE OAK INDUSTRIES INC., a
                                        California corporation, Manager

                                        By: _____
                                            James A. Rothstein, President

203679.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **STATUS REPORT RE: CLOSING OF SALE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 16, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Simon Aron    saron@wrslawyers.com
- Marianne M Dickson    MDickson@seyfarth.com, shobrien@seyfarth.com
- David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com;stephanie@lnbyb.com
- Elsa M Horowitz    ehorowitz@wrslawyers.com
- Jeffrey S Kwong    jsk@lnbyb.com
- Queenie K Ng    queenie.k.ng@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **November 16, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 16, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**SERVED BY PERSONAL DELIVERY**
Hon. Thomas B. Donovan
United States Bankruptcy Court
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

☐ *Service information continued on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 16, 2015 | John Berwick | */s/ John Berwick* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**